# Exhibit A

```
STATE OF WISCONSIN      CIRCUIT COURT       DANE COUNTY
                           BRANCH 3
* * * * * * * * * * * * * * * * * * *
In the Matter of the Recount of    )
Votes for President of the United  )
States:                            )
                                   )
JILL STEIN,                        )
c/o Emery Celli Brinckerhoff &     )
Abady LLP                          )
600 Fifth Avenue, 10th Floor       )   Case No. 16CV3060
New York, NY 10020,                )
                                   )
              Petitioner,          )
                                   )
vs.                                )
                                   )
WISCONSIN ELECTIONS COMMISSION,    )
212 East Washington Avenue         )
Third Floor                        )
Madison, WI 53707, and             )
                                   )
Members of the Wisconsin Elections )
Commission, each and only in his or)
her official capacity:             )
                                   )
MARK L. THOMSEN, ANN S. JACOBS,    )
BEVERLY GILL, JULIE M. GLANCEY,    )
STEVE KING, and DON M. MILLIS      )
212 East Washington Avenue         )
Third Floor                        )
Madison, WI 53707,                 )
                                   )
              Respondents.         )
* * * * * * * * * * * * * * * * * * *

   PROCEEDINGS:    HEARING

   DATE:           November 29, 2016

   BEFORE:         The Honorable VALERIE BAILEY-RIHN,
                   Circuit Court Judge, Branch 3, Presiding

   APPEARANCES:    Attorney CHRISTOPHER M. MEULER,
                   Freibert Finerty & St. John,
                   Two Plaza East, Suite 1250,
                   330 East Kilbourn Avenue,
                   Milwaukee, Wisconsin  53202,
                   appearing on behalf of the Petitioner.
```

```
APPEARANCES:   (Con't)

               Attorneys MATTHEW D. BRINCKERHOFF,
               DEBBIE GREENBERGER and DAVID A. LEBOWITZ,
               Emery Celli Brinckerhoff & Abady LLP,
               600 Fifth Avenue, 10th Floor,
               New York, New York  10020,
               appearing as counsel on behalf of the
               Petitioner.

               Assistant Attorneys General S. MICHAEL MURPHY,
               COLIN ROTH, DAVID V. MEANY, ANDREW COOK, and
               ANTHONY RUSSAMANNO,
               Wisconsin Department of Justice,
               17 West Main Street,
               PO Box 7857,
               Madison, Wisconsin  53707,
               appearing on behalf of the Respondents.

               MICHAEL HAAS,
               Wisconsin Election Commission,
               Madison, Wisconsin, appearing in proper
               person.

               Attorneys JOSHUA L. KAUL and
               CHARLES G. CURTIS, JR.,
               Perkins Coie,
               One East Main Street, Suite 201,
               Madison, Wisconsin  53703,
               appearing on behalf of the Intervenor
               Secretary Hillary Clinton.           .



REPORTER:      Melanie Olsen
               Official Reporter

                         *   *   *
```

2

```
 1              quickly as I can.  Thank you.
 2                      MS. GREENBERGER:  Thank you, your
 3              Honor.
 4                      MR. BRINCKERHOFF:  Thank you.
 5                      (A short break is taken.)
 6                      BAILIFF:  All raise for the Court.
 7                      THE COURT:  Thank you.  Please be
 8              seated.
 9                      Thank you.
10                      As I indicated before we started, I
11              had read everything.  I read all the
12              affidavits, all the supporting detail, the
13              briefs, and I appreciate the arguments of
14              counsel and the witnesses.
15                      What I want to say first is the people
16              of Wisconsin have an absolute right to rely
17              on the integrity of the voting process.  The
18              right to vote is the cornerstone of our
19              democracy.  A recount isn't a threat.
20              Instead, it should be an affirmation of the
21              democratic process.  And I think we can all
22              agree that a hand recount is the gold
23              standard.  It's the best we can do, and I
24              don't think there's any dispute to that.
25                      We also can probably agree that there
```