# Exhibit B

# WISCONSIN ELECTIONS COMMISSION

| | |
|---|---|
| **In the matter of:**    ) | |
| ) | **ORDER FOR RECOUNT** |
| A Recount of the General Election    ) | |
| For President of the United States    ) | |
| held on November 8, 2016    ) | **RECOUNT EL 16-03** |
| ) | |

On Friday, November 25, 2016, a recount petition was filed by Jill Stein, a candidate for the office of President of the United States at the General Election held on November 8, 2016.

The petition requests a recount of all ballots in all wards in Wisconsin where votes were cast in this election for the office of President of the United States.

The Wisconsin Elections Commission staff has reviewed the petition. The petition is sufficient. A fee of $3,499,689 is required by Wis. Stat. §9.01.

On November, 29, 2016, the Wisconsin Elections Commission received confirmation that $3,499,689 was received from Jill Stein in payment of the estimate provided on November 28, 2016.

Pursuant to Wis. Stat. §9.01 of the Wisconsin Statutes:

**IT IS ORDERED THAT:**

1. A recount be conducted of all the votes cast for the office of President of the United States at the General Election held on November 8, 2016, in all counties in Wisconsin.

2. The Board of Canvassers of each County shall convene at 9:00 a.m. on Thursday, December 1, 2016 to begin the recount.

3. The Board of Canvassers of each County shall conduct the recount using the ballot count method selected per Wis. Stat. § 5.90(1) unless otherwise ordered by a court per Wis. Stat. § 5.90(2).

4. The recount shall be conducted using the procedures established by the Wisconsin Elections Commission's Recount Manual (November 2016) and the November 30, 2016 webinar presentation, which are incorporated into this Order by reference herein. If necessary, the Wisconsin Elections Commission will issue supplemental directions regarding the procedures to be used by the county canvassing boards and communicate those directions to County Clerks via its website.

5. Each County Clerk shall post a notice of the Board of Canvassers' public meeting, pursuant to the Open Meetings Law, including any dates or times that the Board adjourns or reconvenes. Each County Clerk shall immediately notify the WEC of the location of its Board of Canvassers meeting, if the Clerk has not already provided that information and the WEC shall publish the location of each county's Board meeting on its website.

6. The recount shall be completed by the county boards of canvassers immediately, but no later than 8:00 p.m. on December 12, 2016. Each County Clerk shall transmit an email

communication to the WEC, at the end of each day of the Board of Canvasser's meeting, listing the reporting units completed that day and a tally of the votes cast for each candidate and the scattering votes which were counted that day. The email communication shall be in a form prescribed by the WEC.

7. Each county clerk shall transmit a certified canvass report of the result of the recount and a copy of the minutes of the recount proceedings to the Wisconsin Elections Commission immediately after the completion of the county's recount in the manner specified by the WEC.

Dated: November 29, 2016.

**WISCONSIN ELECTIONS COMMISSION**

*Michael Haas*

Michael Haas
Administrator